UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CDCS No. :2014A62412
Civil Action No.:14-cv-5343
Judge:

UNITED STATES OF AMERICA §
§
vs. §
§
David S. Finkel §

**COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

**Jurisdiction**

1. This Court has jurisdiction over the subject matter of this application pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

**Venue**

2. The defendant is a resident of New York state, within the jurisdiction of this Court and may be served with service of process at 262 Mulberry Lane, 1st Floor, West Hempstead, NY 11552.

The Debt

3. The debt owed the U.S.A. is as follows:

| | |
|---|---|
| A. Current Principal | $4,086.77 |
| B. Current Capitalized Interest Balance and Accrued Interest *(after application of all prior payments, credits, and offsets.)* | $5,151.08 |
| C. Administrative Fees, Cost, Penalties *(after application of all prior payments, credits, and offsets.)* | $    0.00 |
| **Total Owed** | **$9,237.85** |

The Certificate of Indebtedness, attached shows the total owed. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after the application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 9.000% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

**WHEREFORE,** U.S.A. prays for judgment:

A. For the sums set forth in paragraph 3 above, plus pre-judgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For such other relief which the Court deems proper.

Date: September 11, 2014

By: _____
Liberatore J. Iannarone
Mullen and Iannarone, P.C.
Attorneys for the Plaintiff
300 East Main Street, Ste 3
Smithtown, NY 11787

Tel. No. (631)361-7050
Fax No. (631)361-7354

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

David S Finkel
262 Mulberry Ln Floor 1
West Hempstead, NY 11552
Account No. XXXXX3295

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 07/16/13.

On or about 08/05/81, 08/24/82 and 09/27/83, the BORROWER executed promissory note(s) to secure loan(s) of $2,500.00, $2,500.00 and $2,500.00 from Green Point Savings Bank (Brooklyn, NY). This loan was disbursed for $2,500.00 on 08/03/81, $2,500.00 on 08/20/82 and $2,500.00 on 09/29/83 at 9.00% interest per annum. The loan obligation was guaranteed by New York State Higher Education Services Corporation, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $3,413.23 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 04/19/96, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $4,086.77 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 11/22/03, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $4,086.77 |
| Interest: | $4,715.75 |
| Total debt as of 07/16/13: | $8,802.52 |

Interest accrues on the principal shown here at the rate of $1.02 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 7/11/14

_____
Loan Analyst
Litigation Support Unit